IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUANTEZ HARRIS, | § | |
| | § | |
| Defendant, | § | No. 437, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Crim. ID No. K2403000693 |
| | § | |
| Appellee. | § | |

Submitted: February 2, 2026
Decided: February 19, 2026

### ORDER

(1)     The Court issued a briefing schedule in this appeal on November 24, 2025; the appellant's opening brief was due December 24, 2025.  The appellant did not file an opening brief.  On December 30, 2025, the Chief Deputy Clerk sent a brief delinquency notice to the appellant.  The appellant did not respond to the letter and did not file an opening brief.

(2)     On January 9, 2026, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix.  On January 20, the Court received the certified-mail receipt confirming that the notice had been delivered.  The appellant having failed to respond to the notice to show

cause within the required ten-day period or to file the opening brief, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ N. Christopher Griffiths*
Justice